9-2618

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOAN M. MONDA, ) | CASE NO. 1:09-CV-02618 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | JUDGE BENITA Y. PEARSON |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security ) | |
| ) | **MEMORANDUM AND ORDER OF** |
| Defendant. ) | **OPINION** |

Plaintiff Joan M. Monda ("Monda") filed a complaint seeking judicial review of an unfavorable decision rendered by the Commissioner of Social Security, denying her claim for Supplemental Security Income under Title XVI of the Social Security Act, 42 U.S.C. § 423 and 42 U.S.C. § 1381(a).  ECF No. 1.  The Court referred the matter to Magistrate Judge Greg White for preparation of a Report and Recommendation pursuant to 28 U.S.C. § 636 and Local Rules 72.2(b)(1).  Magistrate Judge White submitted his Report and Recommendation recommending that the Court vacate the Commissioner's decision and remand for further proceedings.  ECF No. 26.

The Commissioner has filed notice that no objections will be filed.  ECF No. 27.  Further review by the Court would be a duplicative and inefficient use of the Court's resources.  *Thomas v. Arn*, 474 U.S. 140 (1985); *Howard v. Sec. of Health and Human Serv.*, 932 F.2d 505 (6th Cir.1991).

(1:09-CV-02618)

      Accordingly, Magistrate Judge White's Report and Recommendation is hereby adopted. The Commissioner's decision is vacated, and the matter is hereby remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

IT IS SO ORDERED.

| | |
|---|---|
| April 8, 2011 | s/ *Benita Y. Pearson* |
| Date | United States District Judge |